FILED 29 FEB '16 11:55 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND    DIVISION

Robert Craig Woodroffe,

_____
(Enter full name of plaintiff(s))

Plaintiff(s),

V.

State of Oregon, Ellen Rosenblum, shannon vincent, victor Boer bower, collette Peters, michael Gower, John mynicle, Till Curtis, capt Padra, capt Iversong capt lytle, Lt RN Yonna, Lt Boston, Lt edison, Sgt Hago, Sgt Hoskins, Sgt prummer, c/o ronsier lt mcmillin, mc Hillmick, ms shot, michel mahony Robert H. Bing (Enter full name of the defendant(s)) Dr Hueton, DR shelton, James Beaton, cpl wilson Linnard williamsen owynne Breen, ara sued in Individual and official capabilities

Defendant(s).

Civil Case No. 2:15-cv-02390-SB

(to be assigned by Clerk of the Court)

second Amended verified complaint

PRISONER CIVIL RIGHTS COMPLAINT

[JuAy TRIAL REQuESTED]

## I.

A.   Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☒            No ☐

B.   If your answer to A is yes, how many?  3  .  Describe the lawsuit(s) in the space below.  *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

1.   Parties to the previous lawsuit:

Plaintiff(s): Robert Craig Woodroffe

_____

1. Previous lawsuits

2.

3. Plentiff: Robert Woodroffe

4. Defendants state of oregon et al.

5. Court: US District Court - Portland

6. Docket number: 2112 CV00403-SI

7. name of judge: micheal Simon

8. Disposition: judge Simon gave pleintiff

9. 30 Days to Amend Complaint, and I got

10. tranferred from SRCI to TRCI and DOC

11. lost my amended Complaint, and court

12. Denied me to Rewrite it, so it was

13. Dismissed and DOC is now named in this

14. Suit on it for Damage as to its loss.

15.

16. In 1996 I Think it was I filed a suit

17. which was Dismissed I got No information

18. on it

19.

20.

21.

22.

23.

24.

25.

26.

Page _____ of _____

Defendant(s): _State of Oregon et al_

2.  Court: _US District Court_

3.  Docket Number: _cv 00977 mo_

4.  Name of judge to whom case was assigned: _mosemen_

5.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?)
    _State of oregon settled one judge confirmed deliberate indifference I Dismissed Appeal, and Distred case_
    _Due to settlement_

6.  Approximate date of filing: _?_

7.  Approximate date of disposition: _2008_

## II.

A.  Place of confinement: _Two Rivers (correctional) facility_

B.  Is there a prisoner grievance procedure in this institution?

    Yes ☒        No ☐

C.  Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒        No ☐

    If your answer is no, explain why not:

    _____
    _____
    _____

D.  Is the grievance process completed?

    Yes ☒        No ☐

CIVIL RIGHTS COMPLAINT                                    Page 2
Revised: April 24, 2008

### III.  PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)*

A.    Name of plaintiff: Robert Craig Woodroffe

Security Identification No.: 363/215

Address: 82911 Beach Access Rd.
Umatilla, Oregon 97882

*(In item B, place the full name of each defendant , his/her official position, and his/her place of employment.*

B.    Defendant Ellen Rosenblum is employed as Attorney General
at 1162 Court St. NE. Salem Oregon 97882

Defendant Shannon Vincent is employed as Asst Attorney General
at 1162 Court St NE. Salem, Oregon 97882

Defendant Victor Baerbower is employed as Corporal TRCI
at 82911 Beach Access Rd Umatilla, Oregon 97882

Defendant Collette Peters is employed as Director of DOC
at 2575 Center St NE. Salem, OREGON 97301

Defendant Michael Gower is employed as Asst DOC Director
at 2575 Center St NE Salem, Oregon 97301

Additional defendants: John Myrick - TRCI Superintendent
82911 Beach Access Rd Umatilla, Oregon 97882
See attached

CIVIL RIGHTS COMPLAINT
Revised:  April 24, 2008

Defendant.

1  Jill Curtis        is employed as exec asst to supt,

2  at 777 Stanton Blvd. Ontario Oregon 97914

3

4  Defendant Capt Pedro  is employed as a Captain

5  at 82911 Beach Access Rd Umatilla, Oregon 97882

6

7  Defendant Iverson is employed as  a  Captain

8  at 82911 Beach Access Rd Umatilla Oregon 97882

9

10  Defendant Lytle is employed as  a  Captain

11  at 82911 Beach Access Rd Umatilla. Oregon 97882

12

13  Defendant Lt. B.A. Young is employed as a Lieutenant

14  at 82911 Beach Access Rd Umatilla Oregon 97882

15

16  Defendant Lt Boston is employed as a Lieutenant

17  at 82911 Beach Access Rd Umatilla Oregon 97882

18

19  Defendant Lt. Edison is employed as a Lieutenant

20  at 82911 Beach Access Rd. Umatilla. Oregon 97882

21

22  Defendant Sgt Haga is employed as a Sargant

23  at 82911 Beach Access Rd. Umatilla Oregon 97882

24

25  Defendant Sgt Hoskins is employed as a Sargant

26  at 82911 Beach Access Rd Umatilla Oregon 97882

1  Defendant Sgt. primer is employed as a Sargant
2  at 82911 Beach Access Rd umatilla oregon 97882
3  _____
4  Defendant c/o Ransier is employed as a officer
5  at 82911 Beach Acces Rd umatilla. Oregon 97882
6  _____
7  Defendant Lt. memillin. is employed as a Lentenent
8  at 82911 Beach Acces Rd umatilla. oregon 97882
9  _____
10 Defendant R. Killmick was employed as a Grievance Word.
11 at 82911 Beach Acces Rd. umatilla oregon 97882
12 _____
13 Defendant ms short is employed as a SIU inspector.
14 at 82911 Beach Acces Rd umatilla -oregon 97882
15 _____
16 Defendant michael mahoney is employed as a lawyer
17 at 280 A. Street E, P.O. Box 220 Vale -oregon 97882
18 _____
19 Defendant Robert H. King Jr. is an inmate incarcerated
20 at 2605 State St. Salem, oregon 97810
21 _____
22 Defendant DR Shelton is employed as a medical Director
23 at 2575 Center St. Salem -oregon 97310
24 _____
25 Defendant DR Norton is employed as a TRCI Doctor
26 at a 82911 Beach Acces Rd umatilla oregon 97882

1  Defendant James Deacon is employed as a hearing officer
2  at 82911 Beach Access Rd. umatilla oregon 97882
3
4  Defendant Sgt wilson is employed as a Sargant
5  at 82911 Beach Access Rd umatilla oregon 97882
6
7  Defendant Leonard Williamson was inspector General
8  at 3575 center st. Salem oregon 97301
9
10  Defendant Dwayne Green is employed as a Das Supervisor
11  at 1225 farry St N150 Salem oregon 97301
12
13  Plaintiff made a Bonefide effort to Resolve
14  all claims with above Defendants
15
16  Plaintiff exhausted Grievances on all claims
17  all levels
18
19  Plaintiff filed timely tort claims on all
20  claims
21
22  Plaintiff has complied with the PLRA
23  as to exhaustion
24
25
26

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

1st Amendment Retaliation to US constitution for speech, conduct, and Action Violating this Right.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

1- Ellen Rosenblum Recieved 2 letters on Shannon Vincent Retaliating on plaintiff abusing her position from plaintiff, and allowed it to continue ignoring plaintiffs letters to her
2. Ellen Rosenblum knew and was aware of Retaliation by Shannon Vincent over filing a perjured Declaration by victor beerbower, - DOC,
3. Shannon Vincent on 11-23-15 acted with malice to harm and retaliate agan plaintiff for his civil action by intentionally and knowingly filing a unlikely perjured Declaration by victor Beerbower over a 13 inch TV.
4. victor Beerbower on 3-17-14 wrote a frivorous false misconduct which was Dismissed
5. victor Beerbower seen plaintiff later after Dismissal and said plaintiff got a free one
                                        (see claim 1 attachments)

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Consperacy to commit 1st Amendment Retaliation

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

66. Shannon Vincent and Victor Beertower conspired together in drafting a Declaration to be used in State court, make fraud, and perjury to mislead a court out of Retaliation.

67. Colette Peters, Michael Gower, John myrick, Capt pedro, Capt Severin, capt Lyttle ~~court~~ were all aware up and conspired with each other to punish plaintiff for litigation pending on them out of Retaliation and never Any evidence to support misconduct.

68. Lt Beeton conspired with Bobby King when he directed him to draft a conflict Report on plaintiff to get sent to SMU.

See attached for Claim 2

## Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

8th Amendment Cruel and Unusual punishment failure to protect, Deliberate indifference.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

76. Michael Gower Recieve Several Kites and letters on inmates and staff Retaliation on putting plaintiff in Segregation with no evidence.

77. Capt. Pedro knew Chuck Reece was a violent person and sexual predator and been in multiple fights and left in on Ad seg protective custody and Resulted in plaintiff being attacked by him on 5-22-14

78. Capt pedro was security capt and had a Duty

to protect plaintiff from Harm
79 Capt pedro Knew the Keiosk area was used for
Sights passing Canteen Breaking Rule as it's only
Place other than Shower that is No camera's
80, John myself had a only to find camra in Keiosk
area to ascto safety on Ad Seg unit.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.   RELIEF

State *briefly* exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.

Claim one - 1st Amendmend Retaliation.

A. Compensatory Damages jointly and severally for $15,000 $^{oo}$
against ellen/Rosenblium, shannon vincent, and
Victor Beerbower for 1st Amendment Retaliation our
civil litigation Sitings
B. compensating Damages jointly and severally for $20,000$ $^{oo}$
against Colette peters, michael Sower Capt pedro, Capt

Signed this **23** day of **Feburary**, 20**16**.

*Robert Woodroffe*
Robert Woodroffe
*(Signature of Plaintiff(s))*

(Claim 1 - Attachment 1)

6. Victor Beerbower due to past History Retaliated on plaintiff by supply Shannon Vincent a perjured Declaration to Dismiss TV. lawsuit Case No 91406779 on 11-18-15

7. Collette Peters Received several kites and letters from plaintiff on staff and inmate Retaliation and continued to Refer to John Myrick who did Nothing

8. Collette Peters knew Referring kites on letters would Result in no Resolution on Fix problem.

9. Collette peters Received a kite on 1-7-14 complaining of False charges, and segregation with No evidence and did Nothing to Resolve it

10. Collette peters Recieved a kite on 2-8-14 over kept Iverson and again on 2-1-14 over placing plaintiff on lock down over false allegations with No evidence

11. Collette peters Knew plaintiff was being set up by staff and inmates on a Regular Basis and allowed it to Happen

12. micheal Gower Knew Staff and inmates Were Retaliating against Plaintiff and let it continue for past 2 years to Date.

13. micheal Gower Received Kites of Harrassment and Retaliation on 1-16-14, 1-7-14, 3-13-14, 11-18-13, 1-9-13, and others and Elce Tree continue to do it

14. Ryan larson wrote micheal Gower over inmates trying to Pay him to plant a weapon on plaintiff. on 6-11-14

1  15. in past 2 years plaintiff has Recieved 7 misconducts,
2  with zero evidence with most being Dismissed by Defendants
3  16. plaintiff has been placed on pen No evidence
4  on investigation several times by Defendants
5  17. Shannon Vincent Rebeliated Knowingly when she Abused
6  position in filing frivious motion to Revoke after prior
7  Ruling by judge find avers claim plaintiff wasn't.
8  and filed such in umatilla County to manipulate
9  judge Hill and Secceeded, 4 cases were Dismissed
10 18. mr myrick was made aware multiple times of
11 inmate King and other staff set plaintiff up and
12 Retaliated by using King to minipulate inmates
13 19. Jill curtis Due to his grievance and civil litigation
14 delay investigation as to property torts hinder investigation
15 20. Jill curtis was Responsible for holding plaintiffs
16 property upon transport from SRCI to TRCI and
17 federal Case 2:12 CV00403-ST was in a legal tote
18 of legal property that was lost and documented
19 21. Jill curtis Retaliated when she had a used TV
20 sent to TRCI which was to be new and violated
21 a court order to Retaliate on plaintiff to harm
22 him for his actions
23 22. Jill curtis was in charge of investigations of
24 torts and grievance on property and Denied plaintiff
25 Due process, and Resolution even though Evidence
26 exhibited to prove plaintiffs claims

23. Jill curtis was the Reason plaintiff. case was not accepted and on 1-15-14 could not worried her wrong when she filed his complaint

24. Capt pedro knew Bobby King paid inmates to set people up including plaintiff and Did Nothing

25. Capt pedro knowingly knew on 1-31-14 that is on camera and that King offered Douglas master 500" to make a false state and made a memo on it and let King get away with it.

26. Capt pedro intended on 1-31-14 to put plaintiff in seg if master would of cover Kings story so he could Retaliate

27. On -24-14 Capt pedro has sgt. Roberts prior to above neither have plaintiffs cell trashed per statements by Robert King and Retaliated together to set he up.

28. Capt pedros treated plaintiff with less equal treatment due to torts grievance and civil actions and placed him in Segregation with no evidence

29. On 5-17-14 Capt pedro knew Chuck Reece was paid by Robert King to assault plaintiff and knew plaintiff Did Not fight Back and a Reason once again and beat up Badly all photographed and still put Plaintiff in seg though its common not to do so.

30 Capt Pedro had plaintiff put in Seg with Chuck Reace on 5-22-14 in DR 1405 N.105 N 25 on false charges

31. Capt Pedro Had Chuck Reece written up for lower Departure Assault III whm it Used as a 1, then put him back on unit with plaintiff

32. Capt Iversen on -2-9-14 after being Released from Segregation from false allgations No charges for some thing call Restrict, put plaintiff with No evidence,

33. Capt Iversen wrote a memo to deny & Restrict without Any Due process Would not have Dayroom, or Recreation for a month over a false pres Report Which was already established to be false

34. Capt Iversen Based on inmate heeresy on 1-27-16 places plaintiff in Segregation on No evidence, and took over & his property with No Due process,

35. Capt Iversen on 2/18/16 come to Cell to see plaintiffs celly, but told plaintiff He Would see him and would not like What He would tell plaintiff

36. Capt Lytle Signed a Misconduct Report on 11-17-13 on situation and Disrespect III case NO 1311 N. 129 N 25 which involved Sling a Bad Claim and Wrote him up and put him in Seg for this

1  37. on DR 1311 N 129 N25 by Lytle and young

2  Superintendent signed off on order, of Disrespect

3  and Extortion.

4  38. Capt Lytle and Lt young conspired together

5  on this misconduct 1311 N 129 N25 for plaintiff

6  filing a tort claim and why Lt cpt called

7  to OTC office at 10 pm at night to yell at

8  him

9  39. Lieut Lytle in a kite Dated 11-19-13 confirms

10  He was present with Lt. young pulling me off and

11  Seg to yell at me for filing a tort, and DR

12  confirms it

13  40. Capt Lytle in a kite 12-15-13 you can tell is

14  Still Angery with plaintiff

15  41. Lt young adds Disrespect to his Extortion

16  misconduct 1311 N 129 N25, but the Rdo in DSU

17  Intake Welcome it was soley Extortion (only.

18  42. Capt Lytle on 1-22-16 pulls plaintiff into office

19  with Lt young present and says he can put

20  me in Seg on investigation Anytime he wants

21  with out any reason for 30 Days and that

22  plaintiff better stop his Actions,

23  43 Capt Iverson out of NO where places

24  plaintiff in segregation on 1-27-16 No charges

25  on investigation

26  44. Lt RA young on 1-15-16 makes a false Report

1 to superintendent as to plaintiff over misconduct

2 1511 Tree 0097 Tree 35  Date of hearing 12-18-15

3 and made false Statements to Discredit plaintiff.

4 45. Lt Boston placed plaintiff in Segregation on

5 No evidence on 18-18-13 out of Retaliation

6 and malious intent

7 46. Lt Boston, had Cpl grad see all

8 plaintiff property and legal work out of Retaliation

9 47. Lt Boston,

10 48. Lt Boston was told by multiple inmates

11 that prea Report was false that Robert King paid

12 mevae to make false Report

13 49. Lt Boston seen plaintiff in December 2013

14 and said 3 inmate informants were not Reliable

15 and gave Conflicting Statements.

16 50 Lt Boston told inmate king in late December 2013

17 that Lt needed him to write a conflict Report

18 for mevae and Done in kings Handwriting.

19 51 Lt Boston Wrote plaintiff a misconduct for

20 giving a inmate a Declaration.

21 52. Lt Boston Has signed off on multiple misconducts

22 and investigation to plaintiff in seg with No

23 evidence or and only inmate heersay, and not

24 a threat to Safety or Security

25 53. on 4-13-15 Uo morgan on misconduct

26 per Capt Boston confiscated several legal envelopes



1 under plaintiffs legal work.

2 54. Lt edison Retaliated on plaintiff when he

3 knowing made a false Report to Risk managment

4 in 2 property matters to cover up sgt

5 primmer making false statements in a invistigat

6 ion which substanial evidence ~~existed~~ Exsists

7 55. sgt primmer Retaliated on plaintiff to

8 deprive him of his property and Deny Due

9 process.

10 56. In Seg in December 2013 on investigation

11 clo Ransier came to plaintiffs cell and told

12 him that King is going to put the naib

13 in the coffin on the prea matter and

14 walked away laughing.

15 57. clo Ransier has been investigated multiple

16 times due to staff and inmate Reports

17 of misconduct.

18 58 clo Ransier was kings go to guy when

19 he wanted to do underhanded things on

20 plantiff.

21 59. Robert king had inmate staff Relationships

22 with clo Ransier, lt Boston, capt pedro, clo

23 carter.

24 60 Ms short knew she could not write up

25 plaintiff for civil litigation and Did so in

26 misconduct on 7-23-2014 case No 1406 N.204

N-25 which was Dismissed with prejudice

1  which was done out of Retaliation.

2  61. micheal mahony put ms. stunt up to writing

3  up plantiff on a false misconduct over civil

4  litigation paid for by Robert King Jr.

5  62 Robert King Jr. Retaliated against plantiff

6  by paying inmates & staff to do his bidding

7  and has tried thrice now to get plantiff false

8  Criminal Charges.

9  63. Sgt Haza on 11-22-16 for Lt Young and

10  cpt Lytle filed a false misconduct based on

11  zero evidence and No investigation as camera's

12  would of proved inasence.

13  64. Dr Nolan Retaliated on plantiff when Lt

14  failed to treat plantiff with adequate medication

15  for his coccyx and knee's after seeing a specialist

16  prior saying signing up for sick call is a waste

17  of time.

18  65 colette peters, michael bower John myrick

19  Cpt pedro, cpt Swensen, cpt Lytle Lt Young

20  Lt Boston all put plantiff in Segragation

21  in inmate hearsay, No, evidence multiple

22  times in Violation of 1st amendment rights for

23  grievance, torts, Civil Actions

24

25

26

Page 17 of ___ Claim 1

69. Sgt primer, and Lt edison with linda schutt conspired together to cover up Sgt primmer committing official misconduct and filing false Reports

70. micheal mahony conspired with Robert King to get me shot to write plaintiff up on a Severe level 1 misconduct on 7-23-14.

71. micheal mahony admitted Robert King paid him to go after plaintiff as it was stated in misconduct that King paid mahoney, which ms shut wrote up

72. ms breen was sent proof that investigation by TREX was tampered with and evidence was not supplied by edison and he did nothing knowing plaintiff had a claim based on staff witnesses and proof of corruption.

73. ms shut, mike mahony and Robert King working together to plan a Retaliation on plaintiff for legal civil litigation violated his protected Rights.

74. Sgt wilson used inmates with Documented false Report to staff in misconduct when he used inmate Dustin wuestling, and craig cruz, and these friends to set plaintiff up on a false misconduct in case 1507 n012 h 25

Dated 7/14/15

75. Robert King was kicked out of TRCI for minipulation of staff and inmates.

Page 18 of ___ Claim 2

81 cept pedro plowt plem in Segregation on 5/17/14
When he was a victem of assault by attack
from behind and by unealetral assault by Chuck
Reece punishing him for being beat up.

82 Lt Boston was in Violation of plentff Rights
to protect him multiple thnes from inmates
setting him up and placing him in Segregation
for No Reason on evidence other than hearsay.

83 Robert King conspiring with Lt Boston to put
in Segregation in December 2013 thru January 2014
were cruel and inaseal punishment.

~~xxxxxxx~~

~~xxxxxxx~~

84, Dr Norton told plentff here at TRCF
that he will not get medications Requested
by specialet and plentff is wasting his time
for Sick call Regardless of pain.

Claim IV  14th Amendment denial of Due
Process

85 Shannon Vincent Denied Due Process When
she knowingly lied to judge Hung in case No
S140679 to Claim JW was New When she
knew it was not.

86 Shannon Vincent Denied Due Process by
Knowingly filing a Declaration by Victor

1 Beerbower knowing contents was perjury and
2 false and used to Deprive plaintiff and misled
3 mothers courts

4 87 Sharron Vincent had plaintiff exhibits which
5 proved T.V. was used yet went out of her
6 way and abused her position by misleading
7 the courts to deprive plaintiff his T.V.

8 88. Sharron Vincent knew she was Denying
9 victor Beerbower Declaration Day prior to
10 court knowing plaintiff would not see Her
11 Reply or Declaration which Violated OROP and
12 court Rules.

13 89. Victor Beerbower Violated plaintiff Due process
14 by commiting perjury in Declaration Dated
15 11-18-15 with his multiple false Statements
16 and court used in order to Dismissed as
17 mention so.

18 90 R. Hillbrick denied due process when He
19 denied to process 17 grievances in the past
20 2 years

21 91 Jill Curtis Denied Due process in grievance
22 2013.08.086 involving property she was
23 liable for and made false Statements in her
24 investigation, and Doing all levels which
25 violated Due process

26 92. Jill Curtis denied Due process when she

1. last 3 complaints causing them to be Dismissed
2. which was his property and Refused to Resolve.
3. 93. Sherman vincent minipulated ms Bejarko
4. to make false Declaration in case 12-05-9409C
5. which sgt Olvera told her was false by phone.
6. 94. Lt Boston Denied plantiff Due process, When
7. he Denied to hold Bobby King and kurtis
8. nevaer accountible per policey for false prea
9. allegations
10. 95. Capt ~~Iveron~~ Ivereon denied plantiff Due
11. process When he locked him Down with
12. No evidence Denying Deyroom or yard.
13. 96. Sgt Hoge stated in DR Violation on 11-22-15
14. that misconduct took place on 11-20-15 yet Did
15. not view camera to confirm it.
16. 97. Capt Lytle had Lt Ra young place plantiff
17. in Segregation when camera footage would
18. prove inocence or guilt.
19. 98. James Deacan Denied Due process to
20. not three witness spoke to, and to ignore
21. evidence of letter by justin todd bragging
22. he set plantiff up on misconduct 1511 TRCI)
23. 0097 TRCI 25 Dated 12-18-15
24. 99. Capt Pedro failed to timely assign Investigation
25. in case 1511 TRCI 0097 TRCI 25 When camera
26. footage was proof to prove his inocence

1 and waited for it to be taped over prior
2 to assigning it.
3 100. Lt R.A. young saw evidence of CI
4 justin todd bragging on setting up plaintiff
5 with craig trong help then lied in his Report
6 knowingly to Deny plaintiff Due process.
7 101. Capt Iverson copied justin Todds letter
8 to plaintiff and letter to Hunter Wilson
9 which Todd admitted plaintiff Did not get
10 contraband as accused and who Did,
11 and failed to correct DR. knowing plaintiff
12 was not Guilty.
13 102 James Deacan Denied Due process
14 plaintiff Due process Due process In hearing
15 No 1507 No12 N12 Done on 7-14-15 when
16 He Refused Witnesses and camera footage
17 for plaintiff of staff and inmate witnesses
18 for an investigation
19 103. James Deacan was made aware He violated
20 mike evans in Evans V. Deacan 2015 us
21 District Lexis 6090 on the Record same as
22 plaintiff and still knowingly Denied Due
23 process to plaintiff
24 104 shannon vrendant when she filed a
25 frivolous motion to Revoke fees in order
26 to get plaintiffs property claims Dismissed

1  in Umatilla County knowing she knew per judge
2  Fred Avera's Ruling in Northern courts
3  on same matter yet knowingly used her
4  position to manipulate a court judge to
5  dismiss claims so he has No Due process
6  to file in State court which are all part
7  of this case now

8  105 Sgt Wilson failed to do a thorough investigation
9  as to medication abuse Dr on 7/2/15 when
10 he failed to use camera footage to get Justin
11 Todd and plaintiff passing Anything During
12 month long investigation in case
13 1507 TRCF 0012 TRCF 25

14        Claim V. Deliberate Indifference to 8th
15 Amendment.

16

17 106. Dr Norton told plaintiff in 2013 that
18 plaintiff will Never get neurontin or tramadol
19 that specialist have Recomended as appropriate
20 treatment for his conditions coccyx and knees
21 107. Dr Shelton seen plaintiff at TRCI
22 and said he Don't care who I've seen
23 or what specialist said and if plaintiff wanted
24 medical treatment care then he should of
25 thought of that prior to filing civil Actions
26 and grievances against him and is Retaliation.

1 108 Dr Shelton TLC policy and Review by
2 him being Vet power and hinders Doctors
3 who treat plaintiff to give appropriate
4 medication due to peer pressure is
5 Deliberate indifferent to plaintiff medical
6 needs for pain and Suffering of knees and
7 coccyx

8 Claim VI - Intentional infliction of emotional
9 Distress (IIED)

10

11 109 Colette peters failure to hold inmates
12 accountable per her monthly news-letters that
13 She would and did not caused plaintiff
14 panick attacks and Anxiety
15 110. colette peters abuse of her position
16 and federal funding to assure prea Victems
17 falsely accused accountable for lying on
18 plaintiff on prea matters
19 111 micheal Gower was aware Lt. Boston
20 had got Robert King to harm plaintiff.
21 causing "IIED"
22 112 Lt Boston on several occasions mentioned
23 in this complaint on him placing plaintiff
24 wrongly in Segregation and caused plaintiff
25 panick attacks, Anxiety and fear. caused
26 "IIED"

113. Robert King Told plaintiff He Runs AHU meaning staff and inmates and inmates Do as He says or get Same treatment, and this caused plaintiff "IIED"

114. Robert King Bragged Repeatedly of his crimes of murder for Hire and He Has mafia ties to manipulate inmate to set plaintiff up caused "IIED"

115. Robert Kings actions Bords plaintiff forced him to get on medication for Anxiety and panick attacks until it was used against him causing "IIED"

116. Stephen Vincent using His position to sway cpl Beerbower into abusing the court system in filing a untimely perjured Declaration knowing it was fraud and made plaintiff look like a liar and had get his SJ. judgement thur Acts of crime caused plaintiff "IIED"

117. ms short in writing a major level 1 DR. infraction knowing it violated constitution yet still did it caused plaintiff "IIED"

118. Robert king and michael mahoney in conspiring and bring ms short into it to write a false misconduct caused plaintiff panick attacks and Anxiety

1  and Severe "IIED

2  119. TRCI Defendant, named Who Wrote false

3  misconduct Reports on No evidence and

4  inmate hearsay to make plaintiff do

5  several stamp in DSU, caused plaintiff

6  Severe "IIED"

7

8  Claims 7 14th Amendment equal protection

9

10  120. Shannon Vincent thur abuse of her postion

11  with DOJ made it impossible in umatilla

12  courts for plaintiff to get Due process on Any

13  claim, including property claims.

14  121. Shannon Vincent based on Her fraud and

15  false pretence, plaintiff no longer has Due course

16  or Due process as to his property claims

17  in violation of us constitution of 4th Amendment

18  122. Shannon Vincent apt the attached 4 property

19  Claims Dismissed Without prejudice, based on

20  false statements to umatilla courts In motion

21  to Revoke fees under false pretence and perjury.

22  123. Shannon Vincent Acted outside the scope

23  of his postion to Deny plaintiff 14th Amendment

24  equal-protection when she knew senor judge

25  fred avera's order and oppion in malheur

26  courts striking Down Then the motion to Revoke.

1  as not qualify to the laws in place.
2  124. Shannon Vincent filed a motion to Revoke
3  in malheur and umatilla county, and a Detailed
4  Decision in malheur showed plaintiff could
5  not have a strike, yet she continued for it in
6  umatilla courts, Regardless of malheur Ruling.
7  125. Collette Peters in Doc news letters claimed
8  false prea Reports on Retaliation would not be
9  tolerated, and violater would be held accountable
10  126. colette peters knew Robert king paid
11  Kurtis mcvae 120$ to make a false prea
12  Report and Did not hold king or mcvae accountable
13  127. Lt Boston knew king paid Kurtis mcvae
14  120$ to make false Reports on plaintiff and
15  Did not hold them accountable
16  128 Michael Bower had a Job Duty to hold king
17  accountable for paying Kurtis mcvae 120$
18  to make false prea Report on plaintiff after
19  plaintiff made him aware of it
20  129. Lt Young failed to treat me equally when
21  investigating a tort claim when he put
22  plaintiff in seg for filing a tort claim
23  protected by 1st Amendment.
24  130 capt Pedro as operations captain of security
25  to Hold Robert King accountable for making
26  Kurtis mcvae file a false prea Report.

1  or Doing a Investigation
2  131. Ellen Rosenblum Recieved 2 letters
3  from plaintiff over Shennon Vincent Violating
4  OSB Ethic, State laws and Court Rules and
5  Did Nothing and Continues to do Nothing Still.
6  132. Plaintiff has a State and federal Constitutional
7  right to litigate his property Claims
8  Which Shennon Vincent got Dismissed Unless
9  he could pay the filing fees.
10  133. Shennon Vincent Violated plaintiffs
11  14th Amendment equal protection When She
12  made it where plaintiff Would not litigate
13  his property Claims in State Court.
14  134. Plaintiff Wrote DOJ frand Division
15  Governed by Ellen Rosenblum about Shennon
16  Vincents Corruption of postion When She put
17  a State employee up to Committing perjury.
18  135. Shennon Vincent Knowingly, intentionally
19  Stepped outside the Scope of her job in
20  Violating plaintiff equal protection Right
21  When she Violated ethic, laws and Constitution.
22  136. Copt. Iverson on 1-27-16 had plaintiff's
23  legal Work and property mixed up and tossed
24  and took property With out a Stake down
25  or Due process of Anykind.
26

137, shannon vincent-001 has left plaintiff with No post deprivation Remedy to property claims, violating 14th Amendment. ~~by multiple grievances and tort claims and objections made to all and all was timely filled.~~ RW

## PLAINTIFFS SUPPLEMENTAL STATE TORT CLAIMS

### Claim on-Conversion.

138 ~~282.~~ ~~Plaintiff also reallegeges paragraphs 1 thur 281 as they in part pretain to these claims and apart of them.~~

139 ~~283.~~ State of oregon in state claims are the person to be named in state actions per the OTCA and parties are allowed there rights to resolution for actions done by state employees.

140 ~~284.~~ Plaintiff filed a civil action in clackamas as to property lost that was in the prisons postion and control and fee were waived in this case and a change of venue was maliously resuested by shannon vincent.

141 ~~285.~~ Umatilla Court by Motion of shannon vincent who minipulated Judge Hill into over a year old case into revoking a filing fee that was granted in vclackamas county.

142 ~~286.~~ The Umatilla courts on shannon vincents motion to dismiss case due to not paying the filing fee denied state and federal constitutional rights on due process.

143 ~~287.~~ Sgt. Hodge picked uplaintiffs property and plaintiffs celly and was in comoplete control of it on 10-11-11 and inventoried it and was in possession and TRCI has sole control of plaintiff propert.

144 ~~288.~~ No inventtory was done per Division 117 per the rules on property and no proof he did his job after picking it up was available as to palintiffs property.

145 ~~289.~~ Plaintiff asked Lt. Mcmillian to look at his property due to possible loss of property on it getting mixed up, but plaintiff was denied.

146 ~~290.~~ plaintiff wrote a grievance on being denied to look at his property and or inventory sheet and plaintiff was denied.

147 ~~291.~~ Plaintiff wrote a grievance on being denied to look at his property and or inventory sheet and was denied.

148 ~~292.~~ Lt. mcmillian knew already that there was property concerns based on alreday mixed up property from that day as several peple got rooled up.

149 ~~293.~~ Plaintiff asked to go thur his property to Lt. Mcmillian as he was going to transport and rules allowed it and plaintiff

was told property was in 3 locations which is a vilation of its onw and should of been in one location per the rules.

294. Lt. Mcmilliam was in possession and had complete control of plaintiffs property and failed to proteect it and was supposed to be in a secured area and was not.

295. Lt. Mcmillian did admitt in grievance that palintiff had 2 large bags of consumable canteen being property bags are 35-50 gallon bags and this did not make it to SRCI in transport so it can't be disputed it did not make it to srci from trci.

296. Plaintiff made Lt. Mcmillian aware Marcus moores property would all fit in a small bread bag and if he had more then it would be palintiffs.

297. Lt. Mcmillian Denied to look into Moores property or inventory sheet prior to his parole.

298. Lt. Mcmillian in the above grievance also states he founf an additional bag of property which had missing envelopes postagae pre paid of various sizes.which still did not make it to SRCI either and documented as such.

299. Lt. Mcmillian failed to follow rules OAR 291-117-0110 which states in part a inmate prior to transport to another facility will inventory his property and plaintiff was denied this also.

300. Lt. Mcmillian did say in a grievance 2011-10-053 and 2011-11-053 that plaiontiff will go thur his property upon release from segragation but this did not happen either.

301. Lt. Mcmillian failed to protect plaintiffs property,failed to properly store plaintiffs property and by own admitence said it was store in 3 locations and failed to assure it was inventoried.

302. Lt. Mcmillian knew marcus moore had some of his property as he was in blue shorts at r/d intake and did not own them and plaintiff told him he had them and did nothing.

303. Plaintiff lost 2 art profollos consisting of over 200 hundred drawing toghether and put for a card and coloring book for general public and was authorized by doc. to make. valued at 20,000.00 potentally yearly and plaintiff also lost a green photo album with 30 or so cards milious canteen as follows axe body wash,glass case,clear cl 10 headphones,2 spril journels,christmas creamer,2 higene bags,10 soups,1popcorn, 1 spring top lotion,2 pens,1 cocktail peperoni.1 bag nacho chips,1 keefe marshmellow coco,1 hot pickle, 1 chilli,3 packs flour tortillas,1 bag jolly ranchers 1 container

PAGE 30 2nd AMENDED VERIFIED COMPLAINT.

cherry juice,1 trail mix,1refied beans,2strawberry danishes,2
hot cheetos,1 pumis stone,1 broken remote,1 pair glasses,1 broken
cd,2 bags wippermix,13 pair of socks,1 roll mat chess board,1
prayer rug,1 thurmal mug,1 shaving brush,1 tuperwaRE PENCIAL TUB
FULL WITH PENCILS,I PAIR WEIGHT GLOVES.2 DENTURES tubes,2 pitchers
1 Blue brush stick eraser,1 kneeded eraser,1 vinal eraser,3 wash
rags,1 pateen shampoo 3n1 shampoo.4 priority pre paid lopes6 12 oz
envelopes,2 6x9 envelopes,2gel deodorants,1 Vo5 shampoo,4 Bottles
of vitiams,2 Tumblers,8-10 squeeze cheezes,2 beef sticks,1chilli
garlic sause,1 open Barbeque sause,1 Video game,1 pair Blue shorts,
1 elder runes,1 3 ring binder,1pad 100 lb paper and misc. open
canteen which total 803.38 not including two art portfollio's and
all canteen was documented in grienances so it can't be disputed.

160  304.  SRCI staff in writing admitt there was no inventory with
plaintiff property when it showed up.

161  305.  Grievance mentions 2 large bags of consumable canteen and
several envelopes which SRCI also confirms in writing which did
not show up at SRCI upon transport.

162  306.  From 10-11-11 to 2-7-12 Doc/TRCI had full control and
possession of plaintiff property and was in there possession
when it was lost.

**Second converion property claim.**

163  307.  Plaintiff alleges this is also related to denial of due
process of the 14th amendment.

164  308.  State of oregon will claim of tort action for property that
they can be the only defendant named for a defendant.

165  309.  SRCI had property considered"sharps" held in dsu storage to
consist of: finger and toe nail clippers,2 razor handles,2 packs
of blades,2 pencial sharpners and all this was held by the prison
at SRCI and did not make it to me at TRCI.

166  310.  SRCI-ASU reinventoried plaintiffs property and it clearly
shows in the inventory and photos that plaintiff had 3 pair of blue
shorts,1 pair of CL 20's not broken prior to being sent,1 pair
broken glasses but 2 were broken upon being sent to TRCI,and a
few dallors of canteen totaling around 400.00 or more.

167  311.  They Enventoried 7 legal totes with lids and plaintiff's
legal work shows up from SRCI to TRCI with 6 bottoms and 7 lids
of legal work which included a federal amended complaint,blacks

law dictinary,total value 2,000.00,not counting legal case that
was dismissed due to the loss.

168 **142**.  C/o Glassey said on 4-24-14 that all ASU property stated
in revelient parts were sent to R?D.

169 **143**.  Sgt. Brown who did a TRCI invnetory also confirmed glasses
being broken in a kite dated 7-6-13.

170 **144**.  Sgt. Brown confirms only 6 bottoms and 7 lids show up with
property proving a bottom was missing.

171 **145**.  There is no way to dispute this loss as plaintiff was not in
possession of it when inventoried at SRCI then transported to TRCI
where property is reinventoried and property is missing or broken
and was only in DOC'S possession.

172 **146**.  Doc. prisons have a notable history of losing inmate property
and has lost dozens of small claims where plaintiff would normaally
bring them but due to Ms.Vincent is not possible denying due process.
**Third converion/property claim.**

173 **147**.  C/o Ransier took all of palintiff's hygene and canteen for
Robert King and TRCI did replace most of the hygene only.

174 **148**.  Plaintiff had a through item by item inventory over 8 hours
at SRCI and then up dated on 10-1-12 and the very familiar to sgt
browns done on 7-5-13 and the next was done on 10-17-13 which was
poorly done but prior to segragation photo's are taken of plaintiff's
property which would prove the loss of property that was only
in the prisons possession.

175 **149**.  C/o Ransier requested a C/o Evano on 11-2-13 to shake down
plaintiff's cell soley looking for canteen stuff but got nothing
more than a hygene bag of stuff was in cell.

176 **320**.  On 12-31-13 Mr gower's office sent a letter to jeri taylor
to investigate property claims but nothing was done.

177 **321**.  The items on inventory which were missing was 1 soy sause,1
BBQ sause,2 ramon soups,1 refied beans,1tube cheeze,1 whipper mix,
1 coffee,3 creamers,1peanut butter,1 cherry drink mix,7 crystal
lites,6 spices, 1 siam sause,1 milky way,1 jelly beans,2 noxema,2
afta's,2 next lotions,dental floss,palmer coco butter,1 murrys, 3
vitiams totaling 103.63

**Forth conversion/property claim.**

178 **322**.  Plaintiff alleges this is also related to denial of due
process related to other 3 claims and in violation of 14th amendment.
PAGE **33** 2nd AMENDED VERIFIED COMPLAINT.
32

179 323. State of oregon will claim they are the only perosn that can be named as a defendant per OTCA.

180 324. THis claim involves 2 tort claims L154490 which involves glasses and 80-90 pencials that are documented.

181 325. The second tort claim L154363 involves 2 cds and 30+ pages of porn that was taken by c/o Ransier and gave to Robert King.

182 326. C/oRansier has been invested gated multiple time for inmate staff relationship of which king has bragged that he is on his payroll and spent alot of time together when together on a unit.

183 327. Jeri Taylor was aware that there was abuse by staff over plaintiffs property and C/O Ransier.

184 328. Linda Schutt would intercept all kites to jeri taylor and answer them to circumvent a responce from chain of command which Ms. Schutt is not.

185 329. Linda Schutt knew and seen evidence that sgt. Primmer had violated the law and made false statements on a tort investigation and had a duty to act on it but she proceeded to retaliate and cover it up

186 330. Sht. Primmer's failurw to do his job was a dirrect result of plaintiff's 2 cd's and pages of adult content coming up missing.

187 331. On 1-11-14 plaintiff filed a notice of tort on the 2 cd's and porn pages of adult content and on 4-16--14 plaintiff filed a tort on the glasses and the 80 plus pencials.

188 332. Lt. Edision seen the plaintiff and said he would give plaintiff 75 envelopes to resolve the 2 cd's and adult pages.

189 333. Ms. Schutt knew Sgt. Primmer lied in the official investigation and that Lt. Edison tried to cover it up,and other staff confirmed it but nothing was done.

190 334. Sgt Brown on 5-30-14 confirmed sht. primmer lied in a official investigation on the two cd's and 30+ adult pages

191 335. In a kite to sgt. olvera dated 6-14-14 told plaintiff he emailed and spoke to lt. edison.

192 336. State police seen plaintiff over official misconduct of sgt. Primmer and showed plaintiff's tort info and which did not match and did not have all the evidence that plaintiff origionally offered and showed staff misconduct and showed plaointiff information and facts were never sent to risk managment so linda schutt and lt. Edison deleted evidence that showed retaliation,theft,and official

PAGE 32 AMENDED VERIFIED COMPLAINT.

33

misconduct in covering up the criminal conduct.

## State Libal Claim

193. Robert king wrote out a conflict report for kurtis mcvae per Lt. Bostons request stateing that king had to do it so it was done right then making a false prea report knowing it to be false as he did it knowing it to be false and would be circulated to dozens of people knowing it was false as he paid mcvae to lie.

194. Robert king wrote prison and captain iverson and said I was interferring in a criminal investigation.

195. Robert King paid micheal mahony to make false statements to SIU investigator Ms. Short to get plaintiff written up on false charges and claimed plaintiff commited criminal activity and also criminal extortion and fraud as was written in micconduct.

## SLANDER CLAIM

196. Robert king in late december 2014 and janurary 2015 claims that plaintiff raped Kurtis mcvae and told a unit of 80+ people that plaintiff did this labling him a sex offender/preditor.

197. Robert king also said plaintiff was a rapist and a homosexual knowing it was false and untrue and did so to harm palintiff and cause him anxiety and panick attacks with "IIED".

## DEFLAMATION CLAIM

198. Robert King made deflamatory statements to doc. and umatilla courts making it public information and knew them to not be true and done so with malice intent to create plaintiff harm.

199. Plaintiff would incorperate and reallege Robert kings paragraphs with in 1 thur 439 to support this claim.

200. Robert King has said doc. has photos of plaintiff with plaintiffs mounth on steven Browns priviates knowing it is not true and is false and now is public information due to his fraudulant actions and lies.and cause plaintiff harassment and sexual harassment.

201. Plaintiff has experenced sexual harassment from his statements and advancements from others.

202. Plaintiff has made a bonified effort to resolve these claims informally and filed timely torts and conpletely exhausted the grievance system and PLRA.

WHEREFORE, Plaintiff respectfully requests this court to grant the following relief:

1  Iverson, capt Lytle, Lt young, Lt Boston, Sgt Hage,
2  Sgt Hoskins for setting plaintiff up on false charges
3  and filing torts Grievances and civil Actions.
4  C. Compsatory Damages jointly and severally
5  for 20,000 against Jill Curtis for her Retaliation
6  for Action of Delaying, hinder grievance investigation
7  Denial to comply with court order of P.O., Tampering
8  with property investigation & Deprive plaintiff.
9  D. Compensatory Damages jointly and severally for
10  5,000" against Lt edison, Sgt primmer c/o Ransier,
11  Robert King over property Retaliation in in falsifying
12  Reports, and taking property out of Retaliation.
13  E. compensatory Damages jointly and Severally for
14  10,000" against ms sturt, micheal mathoney and
15  Robert King over conspiring together to punish
16  plaintiff for false misconduct Report based on civil
17  litigation against Robert king in umatille court.
18  F. Compensatory Damages severally and jointly against
19  capt Lytle and Lt Young for 10,000" for Retaliating
20  against plaintiff for filing a tort Claim and putting
21  him in segregation for it.
22  G. compensatory damages jointly and severally for
23  20,000" for Retaliation for filing civil Actions torts,
24  and grievances Resulting in Denial of treatment of
25  adraquate medication
26  H. injunctive relief against Robert King from ever

1  being allowed around plantiff or on Same Housing
2  unit.
3  I injunctive relief that all plantiff property
4  Items lost, taken, or misplace by staff be Replaced
5  with like Items from conteen or value.
6  J. for all other losts this court deems just
7  and appropperate
8  
9  Claim 2 consperacy to limitt 1st Amendment
10 Retaliation
11 A, compensatory Damages jointly and severelly
12 for 5,000ºº against Lt edison and sgt primmer
13 in conspiring together, falsely Reports as to
14 Doc/Dae Property/ but investigation to include
15 falsifying a grievance Report.
16 B, compensatory damages jointly and sevrally for
17 15,000ºº against mo Shert, micheal mahoney, and
18 Robert king in there joint conspiracy to chill his
19 civil litigations by filing a misconduct to harm
20 him violating 1st Amendment protected Right,
21 C, compensatory Damages jointly and severally
22 for 5,000ºº against Stennan Vincent and Victor
23 Beerbower, that conspired to make and file a perjuried
24 Declaration in mather courts to mislead and
25 deny plantiff Due process.
26 D. compensatory Damages jointly and severally

1  for 10,000 against Lt Boston and Robert King

2  who conspired together in Drafting a conflict

3  Report against plaintiff over false press charges.

4  E. compensatory Damages for 20,000ᵘ against

5  Colette peters, micheal bower, John myrick

6  Capt Pedro, Capt Iverson, Capt Lytle who were

7  all apart of or aware plaintiff being punished

8  for filing litigation and bring false misconduct

9  charges on plaintiff

10  F. compensatory Damages for 10,000ᵘ severally

11  against sgt wilsen for using false evidence

12  and used hearsay from inmates not Reliable and

13  with zero physical evidence.

14  6. Injunctive Relief for for DOC and DOJ to

15  give plaintiff a new 13 inch Tv. for Violating

16  the previene court order and false Declaration,

17  H. Injunctive Relief for capt Lytle, capt Pedro

18  capt. Iverson, Lt young to be prevented from

19  putting plaintiff in segragation unless there

20  is some physical evidence and his actions are - is

21  a imediate threat to safely and security of facility

22  I for all other costs this court deems just

23  and appropperate

24

25  claim III 8ᵗʰ Amendment cruel and unusual

26  punishment - failure to protect.

1 A. compensatory Damages ~~against~~ jointly and
2 severally for 20,000⁰⁰ against micheal Cower
3 capt pedro, Lt Boston for failing to protect
4 plaintiff in AD-seg from violent preditors.
5 B. compensatory Damages jointly and severally
6 against. Lt Boston and Robert King in
7 conspiring, planning to harm plaintiff from
8 Dec 2013 thur Jan 2014 for 10,000⁰⁰
9 C compensatory Damages severally against
10 DR Norton for Denying plaintiff medication
11 Requested by specialist knowing He was in
12 pain for 20,000⁰⁰
13 D. Injunctive Relief for DR ~~North~~ Norton
14 ~~to~~ put plaintiff on medication to treat his
15 pain as specialist stated or Remove Coccyx.
16 E. for all other costs this court deems
17 just and approperate
18
19 Claim IV 14 Amendment denial of Due
20 process
21
22 A. compensatory Damages jointly and severally
23 for 10,000⁰⁰ against Shannon vincent and
24 victor Beertower for filing Documents
25 in Case 190679 knowing them to be
26 false perjuried to deprive plaintiff Due

1  process and mis lead the courts.

2  B. compensatory Damages severally for 10,000°°

3  against mr R. Hillmick for penial of Due proces

4  of 17 grievance

5  C. compensatory Damages sevrally for

6  15,000°° against Jill curtis for Denying Due

7  process in grievances and losing 3 complaints

8  thur prison mailroom.

9  D. Compensatory Damages for 5,000" against

10  Shannon Vincent in having DOC staff ms

11  Bjerke to make false Declaration in case

12  1305, 9409L confirmed by sgt. Olvera.

13  E. Compensatory Damaages jointly and sevrally

14  against. Lt Boston, capt Iverson when they

15  Denied plantiff Due process over false prea

16  allegation and seeks 10,000°°

17  E. Compensatory Damages Jointly and sevrally

18  for 20,000°° against Capt. Lytle, Lt RA young

19  and Sgt Naga for Denying plaintiff Due process

20  in failing to view camera footage as informants

21  gave a date and time to alledged misconct.

22  Dated 11-22-15

23  G Compensatory Damages ~~for~~ against James

24  Deacon for 20,000°° in Denying evidence

25  from Loosan informants about bragging on

26  setting plantiff up which is hearing

1  misconduct 1511 TRCI 0097 TRCI 25 Dated
2  Dated 12-18-15 Which Denied Due process
3  and failing to get video footage and
4  investigation of witness,
5  H. compensatory Damages against capt
6  Pedro for 2,500ºº in failing to timely
7  assign a person to get video footage
8  on misconduct 1511 TRCI 0097 TRCI 25
9  on 12-18-15 and waited for it to be taped over,
10  I. compensatory Damages against Lt R.A. Young
11  for 5,000ºº when he Denied Due process when
12  he falsified a official Report as to C.I Justin
13  Todds letter he seen of him bragging on
14  Setting plaintiff up in January 2016
15  J. compensatory Damages against capt
16  Iverson for 5,000ºº when he knew Justin
17  Todd bragged in a letter to plaintiff and
18  admitted in a verbatim letter to Hunter.
19  Wilson stating plaintiff Did not in fact
20  get contraband, and failed to correct it
21  Denying plaintiff Due process,
22  K. compensatory Damages against Shannon
23  Vincent for 20,000ºº when she stepped outside
24  the scope of Her job Duties in filing
25  Erroneous motion to Revoke when she
26  knew He Did not qualify and was untimely

1  Resulting in plaintiff having all umatilla cases
2  Dismissed in 2015 involving property leaving
3  him no one process to Resolve property claims.
4  L. Compensatory Damages against james Deacon
5  for 20,000°° for Denying plaintiff Due
6  process in hearing No. 1507 N.012 N12 on
7  7-14-15 When He had no evidence except
8  hearsay and refused plaintiff to call staff
9  and inmate witnesses and video footage
10 with an investigation Denying plaintiff
11 Due process
12 M. Compensatory Damages against Sgt Wiken
13 for 5,000°° in failing to do a through
14 investigation for misconduct no 1507 N012
15 N12 when He failed to get any physical
16 evidence to support his misconduct such as
17 camera footage
18 N. Injunctive relief for Shanon Vincent
19 and Victor Reanbower to replace plaintiffs
20 13 inch T.V.
21 O. Injunctive relief for TRCI to Reverse
22 and Remant the Hearing to produce physical
23 evidence if any to support claim or
24 Dismiss and Expundge it.
25
26 Claim V. Deliberate indifference to 8th
   Amendment.

A. Compensatory Damages jointly and severally
2 against Dr Norton and Dr Shelton for
3 Denying plaintiff adequate pain medication
4 for Coccyx and Knees being Deliberate
5 indifferent, Seeking 25,000⁰⁰

6 B. Injunctive relief for Dr Shelton to
7 approve medications specialist Recomend
8 or to perform Coccyx Removal and
9 Knee injection shots

10 C. For all other costs and Relief this Court
11 Deems just and apporperate

12 _____

13 Claim ~~VI~~ VI Intentional infliction of
14 emotion Distress (IFED)

15 _____

16 A. Compensatory Damages jointly and
17 severally against Collette peters, micheal
18 Gower, Lt Beeton, Robert N King for 20,000⁰⁰
19 for there known abuse and harm to
20 plaintiff over false misconducts, false prea
21 Reports Causing Severe (IBED)

22 B. Compensatory Damages jointly and
23 severally against Shannon vincent and
24 victor Belerbower for 5,000⁰⁰ for making
25 plaintiff look like a liar when they filed a
26 perjured Declaration knowing it to be false

1  and causing plaintiff severe PIED
2  C. Compensatory Damages against micheal
3  mahoney, Robert H King, ms short in joint
4  conspiring to harm plaintiff for filing litigation
5  and writing a false misconduct violating
6  plaintiff 1st Amendment Rights and seeks
7  25,000 $\frac{\alpha}{}$
8  D. for all other Relief and costs this court
9  Deems just and approperete
10
11  Claim VII  14 Amendment - equal protection
12  A. Compensatory Damages against Shannon
13  Vincent for 25000 $\frac{\alpha}{}$ for Denying plaintiff
14  to Recieve Due process, Absing Her
15  postion, violating the law to treat plaintiff
16  unfairly, causing 4 property claims to be
17  Dismissed based on false statements to courts
18  Denying plaintiff equal protection
19  B. Compensatory Damages jointly and sevrally
20  for 25,000 $\frac{\alpha}{}$ against colette peters, micheal
21  bower, Lt young, capt pedro in failing
22  to hold Robert H. King and kurtis mevae
23  accountable for false preg. allegation
24  and not equally holding all inmates accountable
25  for misconducts per Rules
26  C. Compensatory Damages against ellen

1  Rosenblum and Shannon Vincent jointly
2  severally for 10,000.00 for knowing abusing
3  there position violating the constitution
4  OSB ethic, state laws to hurt Deprive
5  and Harm plaintiff when they stepped
6  outside the scope of there employment
7  and violated plaintiff 14 Amendment Rights.
8  D. compensatory Damages against Capt
9  Iverson for 5,000 for taking property
10  mixing up legal work, and Denying
11  plaintiff Due process and his property
12  he took without a Note Down.
13  E. Injunctive Relief for capt Iverson to
14  Replace Any property he took from plaintiff.
15
16      Plaintiffs Supplemental State tort Claims
17  Relief Requested.
18
19  Claim one - Conversion,
20  A compensatory Damages against state of
21  oregon, Lt memillen. for 20,000 for loss
22  and Destruction of property that was in
23  there total control and Domain.
24  B injunctive Reliefs that IRCI / Lt memillian
25  Replace all canteen items
26  C. for Such other Relief this court Deems

1  Just and approperate.

2

3  Claim two - converson.

4

5  A Compensatory Damages against State

6  of oregon, ~~employees~~, for 5,000°° for

7  all property and legal work lost from

8  SRCI to TRCI

9  B. Injunctive Relief to Replace all Items

10  listed and missing due to thire neglect at

11  Srci or TRCI. which they had complete

12  control of.

13  C Such other Relief this Court Deems just

14  and approperat.

15

16  Claim Three - Conversion/property

17  A Compensatory damages against the State

18  of oregon and employees for 500.00 for

19  this Claim

20  B. Injunctive Relief to Replace all Items

21  listed as messing for this Claim

22  C for Such other relief this Court deems

23  just and approperate.

24

25  Claim four converson/property

26

1 A compensatory damages against the State
2 of oregon and employees for Both property
3 issue as there Related in staff were part
4 of both
5 B Injunctive Reliefe for All property
6 to be Replaced that is missing
7 C. Such other Relief the Courts deem
8 Just and approperate
9
10 State libal claim
11 A. compensatory damages against Robert
12 King for 20,000.° for pay kurtis mcvae
13 120.°° to make false prea claims of Rape
14 against plantiff and calling him a Homosexual
15 with Lt Boston Helping it along
16 B compensatory Damages against Robert King
17 for 20,000.°° against Robert King for
18 writing vmatilla courts and making public
19 Record stating plantiff was investigated
20 for fraud, extortion, postal fraud, in a
21 letter to judge Hill which hurt cases
22 C. compensatory Damages against michel
23 mahony and Robert King jointly and
24 severally in conspiring and executing false
25 allegation against plantiff knowing them
26 to be false to ms slurt, to minipulate

1  a misconduct and is seeking 25,000$
2  for these actions.
3  D. for such other relief the court deems
4  fit and apporperate.
5
6  Deflamation Claim
7  A. Compensatory damages severally for
8  25,000$ against Robert King for several
9  deflamatory statements done with malice
10  and hatred to caused plaintiff severe "IIED"
11  that he made false statements to Doc staff,
12  umatilla counts, state law agencies, federal
13  postal service knowing they were false.
14  to create fear and intimidation & "IIED"
15  which he has done for past 10 years
16
17  Dated this 24th day Februrary 2016
18
19            Robert Woodrolfe # 563121C
20            82911 Beach Acces Rd
              umatilla oregon 97882
21
22  I Robert woodrolfe, pursuant to 28 usc 1746
23  verify and state under penalty of perjury
24  this complaint is true and correct.
25  Dated this 24th day of Februrary 2016
26
              Robert Woodrolfe

# CERTIFICATE OF SERVICE

**CASE NAME:** Woodroffe v. State of Oregon et al

**CASE NUMBER:** (if known)  CV 02390 - SI

COMES NOW, Robert Woodroffe, and certifies the following:

I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution, Umatilla, OR.

That on the 23 day of February, 20 16, I personally placed in the Correctional Institution's mailing service a **TRUE COPY** of the following:

Second Amended Verified Complaint

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

**Number of copies ( 1 ) to:**

Dept of Justice
1162 Court St. NE
Salem Oregon 97801

**Number of copies ( ) to:**

**Number of copies ( ) to:**

**Number of copies ( ) to:**


Robert Woodroffe
(Signature)
Print Name  Robert Woodroffe
SID#  5083215
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR  97882

Page 1 of 1 – Certificate of Service                              TRCI #15