RECVD 30 MAY '17 10:26 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ROBERT WOODROFFE,           Case No. 2:15-cv-02390-SB
    Plaintiff,
                            DECLARATION OF
V.                          PRO SE DEFENDANT
                            ROBERT H. KING, JR.
                            IN SUPPORT OF ALL
ELLEN ROSENBLUM, et al.,    MOTIONS, ANSWERS,
    Defendants              PLEADINGS AND
                            SUPPLEMENTAL FILINGS
                            HEREIN, TO WIT.

I Robert H. King, JR., inmate Pro Se Defendant, hereby declare:

<u>1.</u> I am Oregon State Inmate Number 6217368. I make this declaration from a combination of personal knowledge and in reliance on public records and court records attached as exhibits hereto.

<u>2.</u> I make this Declaration of Pro Se Defendant Robert H. King JR., in support of All Motions, Answers, Pleadings and All Supplemental Filings herein to wit. I am in forma pauperus and indigent in

Page 1 of 16  Declaration of Defendant Robert H. King, JR., In Support of All Motions...

1   all matters filed herein.
2   Defendant King asks this Honorable
3   Court for some leeway in filing of all
4   pleadings herein as a Pro Se Litigant defending himself.
5   3. I state to this Honorable
6   Court I am an incarcerated Oregon
7   State inmate, and have been in prison,
8   in Oregon continually since 12/12/1995.
9   4. I have never been a state or
10  local government employee. Plaintiff in
11  this case has not alleged defendant King
    is a State or State employee.
12  5. Defendant King has never acted
13  under color of state law. Therefore 42
14  USC 1983 does not apply to defendant
15  King. Defendant King is an inmate.
16  6. Plaintiff Woodroffe is an inmate
17  in the custody of the Oregon Department of
18  Corrections (ODOC). Plaintiff has been in
19  ODOC since April 21, 1995. (See Attached
20  Exhibit 1.), (Exhibit 1, Oregon offender
21  Search public information screen for Robert
22  Craig Woodroffe - ODOC inmate 5631215.).
23  7. While in custody, plaintiff has filed
    numerous frivolous, vexatious, fraudulent lawsuits
24  against [against] State defendants and against

Page 2 of 16 Declaration of Defendant Robert H. King, Jr., In Support of All Motions..."

inmate defendants. Plaintiff has filed multiple vexatious, fraudulent, harassing litigations against defendant King in the Oregon State Circuit Courts, Oregon Court of Appeals and in U.S. District Court. (See Exhibit No 2). IN All cases filed by Plaintiff;

8. All Oregon State Court/Circuit Court lawsuits against defendant King have been either voided or dismissed by the courts.

9. Umatilla Case CV140812, voided and dismissed. Defendant King won. (See Exhibit 7)

10. Malheur case 15CV0047, dismissed. Defendant King won. (See Exhibit 6)

11. Malheur case Appealed to the Oregon Court of Appeals, case No. A159832 was affirmed without opinion. King won (Exhibit 6)

12. Plaintiff has been found to be a vexatious litigant in Malheur County. (See Exhibit 3)

13. Plaintiff has been found to be a "3 Strikes" litigant in Umatilla County and multiple fee waivers, reversed and denied, and multiple cases dismissed. (See Exhibit 4)

14. All of Plaintiffs complaints in all

1  State Courts as well as this U.S.
2  District Court are all incomprehensible.
3  In this case, Plaintiff does not allege
4  any comprehensible claim against defendant
5  King or frankly against any other defendant.
6  Even viewed liberally, the facts, issues
7  and claims as stated are not sufficient to
8  allege a cause of Action against defendant
9  King.

10  15. As stated, plaintiff has been found
11  to be a vexatious litigant in Oregon Courts
12  due to his frequent frivolous litigation. As
13  a Result, plaintiff is now generally
14  prohibited from proceeding in formas,
15  pauperous in the State Courts. This
16  case is another example of a frivolous
17  vindictive, harassing lawsuit which is
18  poorly conceived and another complaint
19  failing in any Reasonable attempt to allege
20  facts sufficient to Recover damages even
21  of the allegations were true, which they
22  are Not.
23  16. Plaintiff's case against defendant King
24  is in the improper venue. Defendant King

Page 4 of 16 Declaration of Defendant Robert H. King, Jr
In Support of All Motions..."

1  has never acted under color of
2  State law. 42 USC 1983 is improper
3  venue.
4     17. Plaintiff's case against defendant
5  King lacks subject matter jurisdiction, has
6  lack of personal jurisdiction, and has
7  No jurisdiction against defendant King
8  as defendant King is an inmate, not
9  a state or local governmental agent,
10 official or employee and defendant
11 King has never acted under color of
12 State law. 42 USC 1983 is the wrong
13 jurisdiction in this case. Dismiss this case.
14    18. Plaintiff filed this case on
15 08/11/2016 but did not serve the
16 defendant until 04/24/2017 some 265
17 days which violates Rule 4(m) and
18 thus insufficient service of process has
19 been committed.
20    19. Plaintiff has failed to state
21 a claim under 42 USC 1983 upon which
22 Relief can be granted. Defendant King has
23 never acted under color of state law.
24    20. Regardless of the Results of

Declaration of Defendant Robert H. King Jr.
In Support of All Motions..."

the dismissed misconduct Report against plaintiff, defendant King, an inmate, not acting ever under color of state law, at a different prison, cannot be said to have any sort of Right to control the decision of the prison staff to issue or not to issue a citation for violation of the prison Rules or misconduct Report against the inmate plaintiff. Nor can it be said defendant King has any authority for any decision making authority Regarding the interpretation of the Oregon Department of Corrections (ODOC) Rules Regarding inmate behavior. Therefore defendant King does not have a Respondiate Superior type of liability for any decision made by ODOC employees. Defendant King certainly does not have any authority to act under color of state law, or to issue sanctions for violations of the prison Rules., Nor does defendant King have the authority to prosecute violations of prison Rules. Defendant King cannot be said to be at

Page 6 of 16    Declaration of Defendant Robert H. King Jr
In support of All Motions..."

fault for a third party prison official not under his control taking an action which may or may not have been tortuous. Plaintiff leaves out the issue of there being no showing of proper venue with regard to defendant King an inmate not ever acting under color of state law.

21. Plaintiff has been conducting an ongoing fraudulent, harassing, annoying series of lawsuits against defendant King without good cause. The current lawsuit is a vexatious lawsuit filed by a vindictive vexatious litigant that has been instituted maliciously and without good cause to harass defendant King. The complaint is a confusing and convoluted amalgamation of condusory fraudulent statements, legal arguments, statutes, legal theories and disjointed assertions. The complaint is fraudulent.

22. The current facts, issues, allegations and claims Plaintiff is making in this case are almost identical to the

1  two previous lawsuits filed against
2  defendant King which were both
3  either voided or dismissed and
4  defendant King won both cases.
5
6  21. Plaintiff has been conducting
7  an ongoing fraud against the defendant King
8  since 2005 as is evidenced by
9  the dozens of bogus fraudulent,
10 vexatious declarations Plaintiff has
11 accumulated from other inmates
12 against defendant King for the past
13 twelve (12) years. The attached
14 Exhibit # Five-5 titled, "Declaration
15 of Robert Woodruffe in the Matter of
16
17 Robert King Jr., with Exhibits filed in
18 the Dismissed case in Malheur County
19 Case No 15CV1047 is proof of this
20 ongoing twelve (12) year vendetta. The
21 court in Malheur County saw through all
22 this fraud and saw this ongoing
23 vendetta for what it was and dismissed
24 the case against defendant King. King Won.

Page 8 of 16  Declaration of Defendant Robert H. King, Jr
IN Support of All Motions..."

<u>22.</u>
Even the statute of limitations has expired on all of these claims alleged by Plaintiff since 2,005 in the attached bogus fraudulent Affidavits and Declarations accumulated and fraudulently acquired by Plaintiff for twelve (12) years straight. This court can clearly see by the dozens of attached Affidavits and declarations how the Plaintiff was obsessed with harming the defendant King for twelve (12) straight years. <u>23.</u> No legal action Nor any disciplinary action was ever taken as a Result of all this fraud in the attached Exhibit <s>#Five-5</s>. <u>Exhibt #5</u> is proof of the ongoing madness being carried on by Plaintiff against defendant King. The state Court saw straight through this fraud in Exhibt #5 and dismissed the case IN defendant Kings favor. King Won all cases.
<u>24.</u> In the United States District Court

Page 9 of 16  Declaration of Defendant Robert H. King Jr
IN Support of All Motions..."

1. for the Middle District of Tennessee, Nashville Division, in the case of <u>Williams v. Steele</u>, 2013 U.S. Dist. LEXIS 13207, Case No 3:12-cv-01039, January 31, 2013 filed, U.S. District Court Judge the Honorable Todd J. Campbell, clearly stated the Courts position when in the opinion he said;

<u>"... an inmate cannot sue another inmate under 42 USC § 1983."</u>

and said

<u>"... Prison inmates do not act under color of state law ..."</u>

I am an inmate (defendant King) and Plaintiff is an inmate. There is no venue, there is no jurisdiction, the Plaintiff cannot sue defendant King under 42 USC 1983 in this case.

<u>25.</u> Defendant King felt this U.S. District Court needed to see Exhibit #5 attached to see the ongoing

madness, vendetta, fraud and Rambling amalgamations of disjointed, argumentative, and Redundant false assertions the Plaintiff has been making against defendant King for over twelve (12) years straight. This is proof of a vexatious-vendetta

26. In the previous cases the plaintiff has sued every lawyer connected, has Reported all lawyers to the bar association on fraudulent claims, a Sham he (plaintiff) made up, has threatened lawyers Representing defendant King, has threatened the Senior Assistant Attorney General Shannon Vincent, has threatened to send false documents to the Parole Board to harm defendant Kings Parole chances and plaintiff sued the Oregon Bar Association when they dismissed all Bar complaints against all the lawyers he filed complaints on. If this court carefully Reviews all the documents defendant King has filed herein, the Court will see the sham's, the frauds, the lies, the bogus claims the Plaintiff has alleged.

Declaration of Defendant Robert H. King. JR In Support of All Motions...

1  This Federal Court must act to
2  stop this madness and the insanity
3  the Plaintiff is conducting in this
4  action.
5   27. Plaintiff is an usually frequent
6  vexatious litigant who has already been
7  admonished by several different state and
8  federal courts about the undue burden that
9  a "stream of consciousness" pleading style
10 places on defendants and the courts as is
11 the case in this action. IN the analogous
12 federal context " The Requirements of a Short
13 and plain statement of a claim and simple,
14 concise and direct averments prescribed by the
15 Rules have been held to be violated by a
16 pleading that was needlessly long, or a
17 complaint that was highly Repetitious or
18 confused or consisted of incomprehensible Rambling"
19 5 C. Wright and A. Miller, Federal Practice
20 and Procedure § 1217 (3rd ed.).
21  28. Defendant King asks this court to
22 take judicial notice of the Rulings in the
23 Umatilla Case CV140812 and in the Malheur
24 Case 15CV1047 which are almost identical
   cases to this case filed herein. In both

Page 12 of 16   Declaration of Defendant Robert H. King, JR
                In Support of All Motions..."

the Umatilla case and the Malheur cases defendant Kings Motions to dismiss were granted. King won all cases.

29. Ultimately Plaintiffs complaint in this case is a sham that places an undue burden on the court and anyone expected to answer it by Requiring that lengthy Recitations of events be Reconciled with conclusory claims. Plaintiff is a Vexatious Litigant.

30. Defendant King denies all of the sham, vexatious, fraudulent allegations the plaintiff alleged in the complaint. There is no chronological order or consistency to the text in the complaint. The bogus complaints paragraphs are jumbled, disorganized and consist of irrelevant jargon.

31. The Third Amended Verified Complaint states no possible claim against defendant King as defendant King is an inmate, the plaintiff is an inmate and defendant King has never acted under color of state law. At Most the Sham complaint accuses defendant King of bribing ODOC officials and having an inmate staff Relationship with no proof to prove

any claim he (Plaintiff) falsely alleges. There is nothing in the complaint to tie any of the sham, fraudulent, bogus allegations or accusations to any damages the vexatious litigant Plaintiff alleges.

32. Plaintiff fails to allege a proper claim under 42 USC 1983.

33. The Plaintiff has caused the Defendant to incur great debt in defense of the plaintiff's sham, fraudulent, vexatious complaint. Defendant King will submit to this court in a supplemental motion and declaration proof of mailing costs, xeroxing-photocopy costs, telephone costs all to try to get this bogus, fraudulent sham complaint dismissed. Defendant prays for judgment in defendant's favor and an award of costs and disbursements.

34. By way of this declaration defendant asks this court to totally waive all fees and costs. Why should defendant King be forced to pay fees and costs to defend a fraudulent complaint filed against him by a "3 strikes" vexatious Plaintiff. Please issue an order on this.

35. Defendant King asks this court to Review the Exhibit #2 Declaration of Shannon Vincent which clearly establishes Plaintiff has "3 strikes" in federal court. This declaration of Shannon Vincent further proves plaintiff is a Sham, fraudulent, vindictive vexatious Litigant, conducting a harassing vendetta against defendant King.

36. Defendant King further states to this court he will file another Motion to pray for judgment in defendants favor and ask this court for an award of costs and disbursements so as to Recover his losses caused by Plaintiff in the defending of this vexatious fraudulent Sham Complaint.

37. Defendant further states this action was not commenced within the time permitted by statute.

38. Defendant further states this complaint was not properly served within the statutory time lines for proper

Page 15 of 16 Declaration of Defendant Robert M. King, Jr. In Support of All Motions...

1  sufficient service of process. Fed
2  R. Civ. P Rule 4 (m) by statute states
3  120 days from the filing of the
4  complaint for service. Defendant King
5  was served on the 265th day!
6  Case filed 08/11/2016. Defendant
7  King served on 04/24/2017.
8  39. This case cannot proceed any
9  longer under 42 USC 1983 as
10 defendant King has never acted "under
11 color of state law", herein, to wit.
12     I hereby declare that the above
13 statement is true to the best of my
14 knowledge and belief, and that I
15 understand it is made for use as evidence
16 in court and is subject to penalty for
17 perjury.
18  Dated this 10th day of May 2017.

_____
Robert H. King Jr
Pro Se Defendant
Inmate 6217368
SRCI
777 Stanton Blvd
Ontario, OR 97914

# CERTIFICATE OF SERVICE

CASE NAME: Woodroffe v. Rosenblum, et al.

CASE NUMBER: (if known) 2:15-cv-02396-SB

COMES NOW, Defendant Robert H. King, JR Pro Se, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River Corrections Institution

That on the 10th day of May, 2017, I personally placed in the Correctional Institution's mailing service a TRUE COPY of the following: Declaration of Pro Se Defendant Robert H. King Jr In Support of All Motions, Answers, Pleadings and Supplemental Filings Herein, to wit:

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

Robert Woodroffe 5631215
Plaintiff - Inmate
TRCI
82911 Beach Access Rd
Umatilla, OR 97882

Shannon Vincent
Defendant
Senior Asst Attorney General
Oregon DOJ
1162 Court Street NE
Salem, OR 97301

✓ Clerk
U.S. District Court
For District of Oregon
Suite 740
1000 SW 3rd Avenue
Portland, OR 97204

Bruno J. Jagelski
Attorney At Law
Attorney for Defendant Mahony
P.O. Box 'S'
89 S.W. 3rd Ave
Ontario, OR 97914

(Signature) /s/ , Pro Se Defendant

Print Name Robert H. King Jr - Pro Se Defendant
S.I.D. No.: 6217368
SRCI
777 Stanton Blvd
Ontario, OR 97914

Page 1 of 1 - Certificate of Service                                    Form 03.015