FILED 19 JUN '17 11:46 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

ROBERT WOODROFFE,
    Plaintiff,

V.

ELLEN ROSENBLUM, etal.,
    Defendant's.

CASE No. 2:15-cy-02390-SB

DEFENDANT KING'S DECLARATION IN SUPPORT of DEFENDANT KINGS MOTION TO REVOKE, THE PLAINTIFF'S WAIVER OF FEES

I Robert H. KING, JR., defendant Pro Se, hereby decLARE:

    1. I am an INmate incarcerated, (incarcerated) in the Oregon Department of Corrections (ODOC). I AM incarcerated at the SNAke River Correctional Institution (SRCI).

    2. I make this declaration from

1  A combination of Personal Knowledge
2  And in Reliance on the Public Records
3  And court Records attached to both
4  (Attached) in the "DEFENDANT KING'S
5  MOTION TO REVOKE PLAINTIFF'S WAIVER
6  OF FEE'S and also attached as exhibits
7
8  hereto.
9
10     3. I Make this declaration in
11  Support of "Defendant King's Motion
12  To Revoke Plaintiff's WAIVER OF FEES.
13
14     4. Plaintiff, Robert Woodroffe,
15  inmate 5631215 (ODOC) is an inmate
16  in the custody of the Oregon DOC (ODOC).
17  Plaintiff has been in ODOC Custody since
18  April 21, 1995. See Exhibit #1 - Oregon
19               OFFENDER SEARCH Public
20               information Screen for
21               Robert Craig Woodroffe
22               5631215.
23
24     5. Plaintiff, while in custody



1  has been declared by Court Order

2  A Vexatious Litigant. Malheur County,

3  Oregon, Case No 15CV1047. See Exhibit

4

5  #2. Order Declaring Plaintiff

6  A Vexatious Litigant.

7  June 2, 2015.

8

9  6. Plaintiff while in custody

10

11  has had his fee Waivers Revoked,

12  Cases dismissed and declared a

13  "3 Strikes" litigant. Umatilla County

14  Oregon, Case No. CV140812. See Exhibit

15

16  #3. Court's Order Regarding State

17  Defendants Motion to Vacate

18

19  Fee Waiver — Granted with

20  Order Allowing Plaintiff 30

21  Days to Cure. May 07, 2015.

22  General Judgment of Dismissal - 06/23/15.

23  Order of Dismissal - 06/23/15.

24  ///

Page 3 of 24  Defendant King Declaration - Revoke Plaintiff Fee Waiver

7. While in custody, Plaintiff has filed numerous fraudulent, vexatious, Sham, frivolous lawsuits against State Defendants, corrections Staff, lawyers, Judges, and inmates - et Al. Some of the "3 strikes - Vexatious litigant Plaintiff's litigation history is outlined in the Attached Exhibit #4. See Exhibit #4

"Declaration of Shannon Vincent Umatilla Case No. CV140812 March 04, 2014."

This Exhibit #4, also shows the three cases that were dismissed in the U.S. District Court - Oregon, that thus classifies Plaintiff as a 3 strikes litigant and Proves Plaintiff IS Not eligible for a free fee Waiver. See Exhibit 4:

A. Case No. 3:05-CV-00977-MO / U.S. District Court - Oregon

B. Case No. 2:13-CV-00403-SI / U.S. District Court - Oregon

C. Case No. 2:12-CV-00124-SI / U.S. District Court - Oregon

Page 4 of 24 Defendant King Declaration - Revoke Plaintiff Fee Waiver

1  All (3) three cases [ A. B. C. on page 4 ]
2
3  were dismissed prior to this case for
4  being <u>Frivolous</u> and for <u>failure to</u>
5  <u>State a claim</u>. This is further
6
7  proof Plaintiff cannot receive a
8  free fee waiver in this case as
9  Under 28 U.S.C. § 1915 (g) he
10
11  (Plaintiff) <u>IS Not</u> eligible for a
12  fee waiver.
13
14      8. Plaintiff an inmate at
15
16  the Two Rivers Correctional Institution
17 (TRCI) has A prolific litigation
18
19  history in the State of Oregon in
20  both State Court and federal Court.
21  Plaintiff has filed Dozens of sham
22  lawsuits against numerous State Defendants
23
24  corrections staff, lawyers and inmates, et Al.,

Page <u>5</u> of <u>24</u> <u>Defendant King Declaration — Revoke Plaintiff Fee Waiver</u>

1 and well over (3) three of the
2
3 Plaintiff's Sham lawsuits or actions
4 were dismissed on the Grounds they
5 were frivolous and or failed to
6
7 State a claim. There were (3)
8 three cases dismissed in federal
9
10 Court (U.S. District Court - Oregon) and
11 (3) three cases dismissed in State
12
13 Court and all total Plaintiff is
14 a "3 Strikes" litigant in State
15
16 Court [see Exhibit #3] and a
17
18 three Strikes litigant in federal
19 Court as well. Accordingly, the
20 Court's order waiving Plaintiff's
21
22 fees must Now be Revoked.
23
24     More detail about the lawsuit

dismissals and plaintiffs prolific
Vexatious litigation history is
outlined in Exhibit #4, which
is the Declaration of Shannon
Vincent, Senior Assistant Attorney
General for the State of Oregon.

Exhibit #4, shows as of March
04, 2015, the Vexatious Litigant Plaintiff,
Sued over 140 state defendants in
State and Federal Court, in Sham
lawsuits in civil Litigation and all
140 defendants were dismissed from
Plaintiffs sham lawsuits on the
Grounds that Plaintiffs Claims were
either Frivolous or failed to state
a claim. This court must Read Exhibit
#4, to see proof of the "3 strikes",

1  conduct and see how Plaintiff
2  is Not eligible for a fee waiver.
3
4  Accordingly, as stated the Courts
5  order waiving Plaintiffs fees must
6
7  now be Revoked under 28. U. S. C. §
8  1915 (g)  by law.
9

10  9. Plaintiffs fee waivers must
11  be Revoked as also Plaintiff has
12
13  not alleged that he is in any
14  imminent danger of Serious Physical
15
16  injury. Plaintiff for the Record
17  is housed in the TRCI – Protective
18
19  Custody Unit. Under 28 U. S. C. §1915(g)
20  the only exception to the Rule on fee
21  waivers is where "the inmate establishes
22
23  in the application for waiver or deferral
24  that the inmate is in imminent danger

Page __8__ of __24__ Defendant King Declaration – Revoke Plaintiff Fee Waiver

1  of serious physical injury and the
2  action is needed to seek belief from that
3  danger )). 28 U.S.C § 1915 (g). THIS IS not
4  such a case. Plaintiff in this case
5  IS seeking money damages. Again, the
6  Plaintiff has not alleged that he
7
8  is in any imminent danger of
9
10  serious Physical injury.
11
12      10. Plaintiff has a history
13
14  of filing fraudulent or false
15  litigation claims. In Exhibit #5,
16
17  Ms. Brenda Coughennower, A Paralegal
18  for the State of Oregon, Department
19
20  of Justice, Trial Division wrote to
21  the Presiding Judge with the Umatilla
22
23  County, Oregon Circuit Court, stating
24  in her factual Chronology, on April 24, 2012,

1  on Page 2 of 3 in the fourth (4th)
2
3  paragraph, stating in the official
4  Document to the court in case
5  No SC120042 Woodroffe v. State,
6
                                    Exhibit 5.
7      ((
8      ... inmates housed in the ASU
9           Unit were engaging in
10          illicit activities that included
11          Running a scheme to trade
12          and or sell prescription medications.
13     Part of the scheme Was filing
14
15     false or fraudulent missing
16     Property claims to defraud
17     the State out of money. ON
18
19     November 04, 2011, the investigation
20     Was completed and MR. Woodroffe.
21
22     Was issued a misconduct (Reported
23     [ convicted ] [ found guilty ] and
24

Page 10 of 24 Defendant King Declaration - Revoke Plaintiff Fee Waiver

1  Sanctioned for participating
2  in this [ fraudulent lawsuit ]
3
4  Scheme. "
5
6  This clearly establishes the Plaintiff
7  has also committed fraud in his
8  Past litigation, and was found
9
10  guilty of doing so and the case
11  was dismissed. See Exhibit #5.
12
13  I bring this up because the
14
15  Plaintiff has an established history
16  of lying to the courts and has
17
18  been caught lying and committing
19  fraud. The Plaintiff is living in
20
21  the safest location in the Oregon
22  DOC in the TRCI Protective Custody
23  Unit so he is not in any imminent
24  danger of serious physical injury nor has

Page __11__ of _24_  Defendant King Declaration - Revoke Plaintiff Fee Waiver

Plaintiff alleged in his complaint
NOR application for fee Waiver that
he is in any imminent danger of serious
Physical injury. The Rule is mandatory
under 28 U.S.C. § 1915 (g.) and by law
Requires that an inmates fee Waiver
OR fee deferral status be Revoked
where the inmate has had three (3)
OR more strikes within the Rule as
the Plaintiff has prior to this action
being filed. Accordingly, Again, I State
that this Courts Order Waiving plaintiffs
fees must Now be Revoked.

11. In Exhibit #6 this
court will see further Proof why
the courts order Waiving Plaintiffs
fees must Now be Revoked.

Page 12 of 24 Defendant King Declaration - Revoke Plaintiff Fee Waiver

1  <u>Exhibit #6</u> is;

2     ((  State Defendants' Motion

3        to Revoke Plaintiff's Waiver

4        of Fees.

5

6

7        <u>Case No. CV140812</u>

8        <u>Umatilla County Circuit Court</u>

9

10       Filed March 04, 2015 by Senior

11       Assistant Attorney General Shannon

12       Vincent. )) Oregon DOJ.

13

14   <u>Exhibit #6</u> was successful, "<u>it won</u>"

15

16   and as a Result of <u>Exhibit #6</u>, you see

17   <u>in Exhibit #3</u>  the Plaintiffs fee

18

19   waivers were Revoked in three (3)

20

21   cases  Case No. CV140812, Case No. CV140914,

22   and Case No CV141611, all in Umatilla

23

24   County Circuit Court, <u>See Exhibit #3.</u>

1 Therefore this Court has Proof
2 before it that Plaintiff has been
3
4 found to be a "3 strikes Litigant",
5 and has had his fee Waivers
6
7 Revoked before in State Court
8 See Exhibit #3, See Exhibit #4.
9
10    The Above listed and Attached
11 hereto Exhibit #3, and Exhibit #4
12
13 also prove the Plaintiff has three (3)
14
15 prior Strikes in the U.S. District
16 Court and accordingly, the courts
17
18 order Waiving plaintiffs' fees must
19 now be Revoked. 28 U.S.C. § 1915 (g).
20
21    12. In Exhibit #7. Attorney
22 Jeremy Hindman oregon state BAR #133864,
23 stated in his declaration, in the Malheur
24 case No 15CV1047, that he (Hindman) did a

1 Comprehensive Search of the Oregon
2 Judicial Department Information Network
3 (OJIN) which Revealed as of April
4 03, 2015, the Vexatious Litigant Plaintiff
5 has Filed 38 Separate Lawsuits against
6 Approximately 282 separate defendants. The
7 OJIN Search in Exhibit #7. Shows
8 Plaintiff Woodroffe filed one lawsuit in
9 the U.S. District Court in federal court
10 in which he (Woodroffe) Sued Sixty (60)
11 defendants. In the Attached Exhibit #7,
12 Attorney Hindman, confirms on Page 3 Section
13 8. that many of Plaintiff Woodroffe's cases
14 [more than 3] Were dismissed because
15 the sham lawsuits were frivolous and
16 or failed to state a claim. In several
17 cases Plaintiff Woodroffe, even Sued parties
18 who by law were immune. This Exhibit #7
19 further supports that the Plaintiff is a "3
20 Strikes litigant" and is not eligible to Receive
21 a free fee Waiver in this current case.

1  In Exhibit #7 ;

2

3      " Declaration of Jeremy

4        Hindman IN Support oF

5        Motion to Declare Plaintiff

6        A Vexatious Litigant "

7

8  in this Exhibit #7  this Federal Court

9  will See five (5) pages of separate

10 lawsuits Plaintiff Robert Woodroffe had

11

12 filed as of APRIL 03, 2015 and MORE

13 lawsuits have since been filed since

14

15 the writing of Exhibit #7. This Exhibit

16 #7. also contains the two (2) letters

17 inmate Plaintiff Woodroffe Sent to Attorney

18

19 Mahoney wherein the Plaintiff makes threats

20 in writing against Defendant KING. Plaintiff

21

22 threatened Defendant King on two (2) occasions.

23 Also in this Exhibit #7. is proof Plaintiff

24 Received a Prison misconduct Report for making

Page 16 of 24 Defendant King Declaration – Revoke Plaintiff Fee Waiver

1  threats against defendant King.

2

3  13. In Exhibit #8 attached

4

5  "Motion to Declare Plaintiff

6  A Vexatious Litigant"

7

8  in Exhibit #8 on Pages 5 and 6

9  the court will see proof the Plaintiff

10 had three (3) prior Cases dismissed

11

12 as frivolous and or failed to state

13 a claim before he (Plaintiff) filed this

14

15 [2:15-cv-02390-SB] lawsuit meaning,

16

17 now this court order on fee waivers

18 must be Revoked. Plaintiff Prior to

19 filing this lawsuit was a "3 Strikes

20

21 litigant" and Plaintiff Prior to filing

22 this lawsuit had (3) three strikes

23 in U.S. District Court. Plaintiff is

24 not eligible under 28 U.S.C. §1915(g) to now

1 Receive or keep a free fee waiver
2 in this case. Accordingly, Now, by
3 Law, the court's order waiving plaintiff's
4 fees in Case No 2:15-cv-02390-SB,
5 this case must Now be Revoked and
6 service upon defendant King Revoked and
7 the case against defendant King dismissed.
8
9    14. The Plaintiff has a pattern
10
11 of having Motions for fee waivers denied
12
13 and a pattern for having Dozens and
14 Dozens of PRIOR cases dismissed as
15 frivolous and for failure to state a claim.
16
17 IN Exhibit # 9 :
18                "Order Denying Plaintiff's
19                 Motion for Waiver or
20                 Deferral of Fee's and
21                 Costs for Indigents. "
22
23 In this exhibit the court will see

1  having fee waivers denied or Revoked
2  is nothing new to Plaintiff. In
3
4  Exhibit #3  plaintiffs fee waivers
5
6  were Revoked in three (3) separate
7  cases at the same time. In Exhibit #9
8
9  plaintiff had his Motion for fee
10 waiver or deferral of fees denied and
11
12 in Exhibit #4 , Exhibit #7  and
13
14 Exhibit #8, the court documents all
15
16 Refer to a case in this United States
17
18 District Court, Case No 3:13-cv-403-SI
19 in which U.S. District Court Judge, The
20 Honorable Judge Michael H. Simon on
21
22 October 25, 2013 issued an order of
23 the U.S. District Court for Oregon,
24 that was titled as follows;

"Order finding Appeal to be
Frivolous and Revoking
In Forma Pauperis Status
on Appeal."

The Court stated in this case :

Case No  3:13-cv-403-SI
Case No  2:13-cv-00403-SI
Wadeoffe V Kitzhaber, et al.

Failure to State A claim

Frivolous

In Forma Pauperis Status Revoked

Appeal Legally Frivolous

Appeal in Bad Faith

Fee Waiver Denied

In this case [2:13-cv-02390-SB],
the Plaintiff has not alleged that he
is in any imminend danger of serious physical
injury. Plaintiff and Defendant King are

Page  20  of  24  Defendant King Declaration - Revoke Plaintiff Fee Waiver

1 at separate prisons some approximately
2 200 miles apart. Plaintiff is housed
3 in the ODOC-TRCI Protective Custody
4 Unit and could not and cannot be in
5
6 any imminent danger of serious physical
7 injury from defendant King. Plaintiff
8 has not alleged that he is in any imminent
9 danger of serious physical injury.

10      Plaintiffs vexatious litigation history
11 against the State of Oregon, against state
12 employees, and against defendant King includes
13 well over three actions that were dismissed
14 because the case was frivolous or failed to
15 state a claim. The three prior cases
16
17 dismissed for being frivolous and or failure
18 to state a claim in federal Court are listed
19
20 in and attached to this declaration.

21      Fee Waivers and fee deferrals are
22 a privilege, not a Right and the
23 Notorious Vexatious Litigant Robert Woodroffe
24

1   has abused his privilege by
2   bombarding the State Courts and Federal
3   Courts with Sham lawsuits that have no
4   merit, yet Require the State and Federal
5   Government to spend Taxpayer dollars to defend.
6        In light of 28 U.S.C. §1915 (g) and
7   In light of the plaintiffs Voluminous - sham -
8   and Abusive - litigation history, and, in light
9   of Plaintiffs three (3) PRIOR Strikes in the
10  Federal Courts, the Plaintiff Should Not
11  be permitted to avail himself of the United
    States / Federal Courts without first paying
12  the Required fees.
13
14       Defendant King, has proven to this
15  Honorable Court that the Plaintiff has
16  three prior strikes under 28 U.S.C §1915(g).
17       Plaintiffs Vexatious litigation pattern
18  is precisely why 28 U.S.C. §1915 (g) exists
19  and was designed to curtain Plaintiffs
20  type of Sham Vexatious litigation.
         Tax payees should not be Responsible
21  for subsidizing plaintiffs filing fees.
22       Plaintiff is an extreme example
23  of a three (3) Strikes - Vexatious litigant
24  and this court should prevent his continued

1  Abuse of this Federal Court System
2  by ordering that the plaintiffs fee
3  waivers or deferral of fees is Revoked
4  and so state in it's order that the
5  plaintiff, per 28 U.S.C. § 1915 (g) is
6  forever barred from Receiving any fee
7  waivers or deferral of fees and his
8  In forma Pauperis Status is forever
9  Revoked and denied unless Plaintiff
10  can prove beyond a scintilla of a doubt
   that he is in actual imminent danger of
11  serious physical injury.
12

13        Accordingly the Defendant King States
14  that per 28 U.S.C § 1915 (g), the Courts
15  previous order Waiving plaintiffs fees, and
16  deferring plaintiffs fees must now be
17  Revoked.
18        I hereby declare that the Above statement
19  and attached Public Records and Court Exhibits
20  are true to the best of my Knowledge and
21  belief, and that I understand it is made
22  for Use as evidence in this Honorable
23  United States District Court, for the
24  District of Oregon in CASE No 2:15-cv-02390-SB,

1  And is subject to penalty for perjury.

2

3  Dated this __16__ Day of _June_, 2017.

4

5

6  Respectfully Submitted,

7

8

9  Robert H. King, JR 6217368

10  Pro Se Defendant

11  SRCI

12  777 Stanton Blvd

13  Ontario, OR 97914

14  No e-mail / No Telephone

15  Case No 2:15-cv-02390-SB

16  Declaration of Pro Se Defendant King

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

2:15-cv-02390-SB

## U.S. District Court
### Oregon
## CERTIFICATE OF SERVICE

CASE NAME: Woodroffe                    v. Rosenblum, et al.

CASE NUMBER: (if known) 2:15-cv-02390-SB

COMES NOW Robert H. King, Jr-Pro Se Defendant, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River
Correctional Institution, (SRCI)

That on the 16 day of June, 20 17, I personally placed in the
Correctional Institution's mailing service A TRUE COPY of the following:

Defendant Kings Declaration In Support of Defendant
Kings Motion to Revoke the Plaintiffs Waiver of Fees with
Exhibits

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s)
named at the places addressed below:

Clerk                              Shannon Vincent
U.S. District Court                Senior Assistant Attorney General
District For Oregon                (Defendant)
Suite 740                          Oregon DOJ
1000 S.W. 3ed Ave                  1162 Court Street NE
Portland, OR 97204                 Salem, OR 97301

Robert Woodroffe 5631215
Pro Se Plaintiff
TRCI
82911 Beach Access Road
Umatilla, OR 97882

(Signature) Pro Se Defendant

Print Name Robert H. King, Jr-Pro Se Defendant
S.I.D. No.: 6217368
SRCI
777 Stanton Blvd
Ontario, OR 97914