ROBERT H. KING, JR.
Prisoner 6217368 - Oregon State
Pro Se Defendant
Snake River Correctional Institution (SRCI)
777 Stanton Blvd
Ontario, OR 97914
Pro Se Defendant

FILED 28 JUL '17 10:49 USDC-ORP

| | |
|---|---|
| ROBERT WOODROFFE,<br>Plaintiff,<br>V.<br>STATE OF OREGON, et al.,<br>Defendants. | CASE No: 2:15-CV-02390-SB<br>DECLARATION OF DEFENDANT KING IN SUPPORT OF MOTION TO EXTEND TIME. |

I Robert H. King, JR (Hereinafter Defendant King), hereby declare:

1. I am a Pro Se Defendant in this case.

2. I am a Prisoner, Oregon State inmate (ODOC) number SID 6217368, currently incarcerated at The Snake River Correctional Institution (SRCI) in Ontario, Oregon.

3. I am an indigent prisoner proceeding IN Forma

Pauperis in this Case (2:15-cv-02390-SB).

 4. The current deadline I am assuming is sometime in August. Neither the Rule 33 Interrogatories nor the Requests for Admissions Rule 36 (Fed. R. Civ. P.), neither document had a proper date. No day listed, filed, No Month listed-filed (for the Record.)

 5. The Mail system at SRCI is currently delayed and a letter from TRCI where the Plaintiff is located, takes up to 10 days to Reach defendant King. This delays my access to the court.

 6. The SRCI prison law library has had delays with computer problems and I have to send a Request for everything including pleading paper, case law, rules, copy of FRCP etc inclusive of photocopies which takes up to 7 to 10 days to get a Response. These delays cause defendant King severe Response time problems.

 7. Defendant King has No Physical Access to the Prison Law Library which causes further delays. I am not allowed to go to law library.

 8. At Present Defendant King has been forced by the Oregon Department of Corrections

(OODC) to Rely on convicted felons, who are untrained in the law, who are not lawyers, who are not paralegals, who are not adequately trained in legal Research or legal computer searches, defendant King is forced to Rely on all of the above for any access to this Court, to wit:

9. Defendant King is ill, sick and has severe medical problems. Defendant King has Cancer. I have had three (3) Cancer Related Surgeries Recently. I have had 35 Radiation treatments which has caused me further severe medical problems. I am Now scheduled to have another Cancer Related major surgery in late August or September. Because of security Rules I am not allowed to know or be told when my next cancer Related Surgery will take place and when it does, I will be moved from SRCI in Ontario, Oregon, moved to CCCF (Coffee Creek Correctional Facility) and have my Cancer Related Surgery in Portland Oregon. When [SOON], I am transferred

to Portland, Oregon, I will not be allowed to take any of my legal files with me and could be gone out of SRCI for up to 120 days while I am Recovering from my hopefully last Cancer Related surgery in a prison (CCCF) near Portland Oregon. In Addition I will be too ill or sick after this upcoming cancer related surgery to do any legal work. I am still Recovering from my third surgery which I just had a few months ago and will soon, after this next upcoming surgery, be far too ill to do any legal work.

10. It took me two (2) days - good days, just to be able to prepare this declaration and motion for Extention of time. I am sick with cancer. I am on a walker and have to use a wheelchair now to move around as a Result of the cancer and surgeries and Radiation treatments.

11. I Respectfully Request an extension of time to October 17, 2017, to Respond

Page 4 of 5   Declaration of Defendant King in support of Motion to Extend time.

1  to Plaintiffs' Fed. R. Civ. P. Rule 36
2  Requests for Admissions and Plaintiffs'
3  Fed. R. Civ. P. Rule 33 Interrogatories which
4  again for the Record are not properly
5  dated per the Court Rules and Rules
6  of the Federal Rules of Civil Procedure, to wit:
7  <u>12.</u> This Request is made in good faith
8  and not for the purposes of delay.
9  I declare under penalty of perjury that
10 the foregoing is true and correct to the best
11 of my knowledge and beliefs.
12
13 Executed on July 18, 2017.
14
15 _____
16 Pro Se Defendant
17 Robert H. King, Jr.
18 Prisoner 6217368
   Pro Se Defendant
19
20 ///
21 ///
22 ///
23 ///
24 ///

Page 5 of 5  Declaration of Defendant King in support of Motion to Extend time.

# Exhibit #1

Our Prison Law Library has been having multiple problems with staff, computers, institutional security problems that cause severe delays in processing any legal work, motions, pleadings etc to the court. This is one reason for the motion for continuance.

Page 1 of 1

To Whom It May Concern        May 10, 2017

RE: Delayed Responses to Law Library Requests

SRCI Law Library recently updated all its computers and software, unfortunately during this process several problems beyond our control have occurred. This has prevented us from processing your Law Library request forms on a more efficient basis.

If you do have deadlines please attach verification of the deadline with your Law Library request form.

**THANK YOU** for your cooperation and patience, you have been gracious with the delays.

_Rochester_
_Law Library Coordinator_
SRCI LAW LIBRARY

Robert H. King, Jr 6213368 - Defendant Pro Se
Case 2:15-CV-02390-SB
Woodrooffe v. Ellen Rosenblum, et al. / State of Oregon, et al.

Exhibit # 1
Page 1 of 1